IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1242-07 





PHYLLIS GANT GAMBLES, Appellant


 

v.


 

THE STATE OF TEXAS


 


 

ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE TENTH COURT OF APPEALS

DENTON COUNTY




Per curiam. KEASLER and HERVEY, JJ., dissent.


ORDER

 The petition for discretionary review violates Rules of Appellate Procedure 68.4(i)
because the original petition does not contain a complete copy of the opinion of the court
of appeals.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition and copies must be
filed in the Court of Criminal Appeals within thirty days after the date of this order.

En banc

Delivered: June 18, 2008.

Do Not Publish